| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Dynamic International Airways, LLC | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF NORTH CAROLINA | |
| Case number (if known): | | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A.B. Won Pat Airport<br>P.O. Box 8770<br>Tamuning 96931<br>Guam | Mr. Alobert Jose<br><br>albert@guamairport.net<br>671-646-0300 | Trade | Disputed | | | $291,551.95 |
| AEG<br>PO Box 5606<br>Stateline, NV 89449 | Alexander Galindo<br><br>agalindo@aegfuels.com<br>305-913-5253 | Trade | | | | $246,365.09 |
| Air India, Inc.<br>c/o Rohit Sabharwal, Esq.<br>Sabharwal & Finkel LLC<br>250 Park Avenue, 7th Floor<br>New York, NY 10177 | Rohit Sabharwal, Esq.<br><br>sabilaw@aol.com<br>646-409-2789 | Arbitration Award | Disputed | | | $10,500,000.00 |
| Amadeus<br>Salvador de Madariaga 1<br>Madrid 28027<br>Spain | Giorgio Landi<br><br>giorgio.landi@amadeus.com<br>+34 91 582 1386 | Trade | | | | $483,097.23 |
| B.K.P. Enterprise & Expim International<br>David William Sar<br>Brooks Pierce Mclendon Humphrey & Leonar<br>PO Box 26000<br>Greensboro, NC 27420-6000 | David William Sar | Judgment | Disputed | | | $3,488,904.00 |
| Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0009 | Monique Salmon<br><br>Monique.Salmon@irs.gov<br>804-916-8329 | Trade | Disputed | | | $3,600,000.00 |

Debtor   **Dynamic International Airways, LLC**                                  Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Dutch Caribbean Air Navigation Service<br>255 Alhambra Cir Ste 424<br>Coral Gables, FL 33434 | Ellen Ross Belfer<br>ebelfer@leoncosgrove.com<br>305-740-1992 | Trade | Disputed | | | $471,672.82 |
| Endless Tours SA DE CV<br>Avenida Del Sol MZ 10 LT 10 1<br>Cancun Benito Jua Qu 77506<br>Mexico | Marisol Rios Sandoval<br>m.rios@yellowtransfers.com<br>1931755 | Trade | Disputed | | | $230,585.51 |
| Gulf Regents<br>5900 S Lake Forest Drive, Suite 300<br>McKinney, TX 75070 | Scott Spiller<br>sspiller@gulfregents.com<br>469-296-7716 | Trade | Disputed | | | $2,229,219.00 |
| Japan Civil Aviation Bureau<br>Ministry of Land, Infrastructure & Tour<br>2-1-3 Kasumigaseki<br>Tokyo 100-8918<br>Japan | Kazuya ABE<br>abe-k10uv@mlit.go.jp<br>8135-2538111 | Trade | Disputed | | | $410,130.80 |
| Jet Midwest<br>9200 NW 112th Street<br>Kansas City, MO 64153 | Mike Logan<br>mike.logan@jetmidwest.com<br>816-984-8406 | Trade | | | | $4,101,669.03 |
| Jet Midwest Group<br>1105 N Market Street Suite 1300<br>Wilmington, DE 19801 | Mike Logan<br>mike.logan@jetmidwest.com<br>816-984-8406 | Trade | | | | $2,546,108.00 |
| McCarter & English Attorneys at Law<br>Four Gateway Center, 100 Mulberry Street<br>Newark, NJ 06901 | Jeannine Gerin<br>jgerin@McCarter.com<br>973-849-4287 | Trade | | | | $369,291.85 |
| Mercury Fuels<br>3808 World Houston Pkwy, Suite B<br>Houston, TX 77032 | | | | | | $160,758.29 |

Debtor  **Dynamic International Airways, LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PMC Aviation 2012-1 LLC<br>c/o Clint S. Morse<br>Brooks Pierce<br>2300 Renaissance Plaza<br>Greensboro, NC 27401 | Clint S. Morse<br>cmorse@brookspierce.com<br>(336) 373-8850 | Judgment | | | | $1,190,807.24 |
| Port Authority of NY & NJ<br>4 World Trade Center, 150 Greenwich St.<br>19th Floor<br>New York, NY 10007 | Dianne Taglich-OH<br>taglich@panynj.gov<br>718-244-3655 | Trade | Disputed | | | $2,605,901.00 |
| PRC333<br>1444 Biscayne BLvd STE 208-29<br>Miami, FL 33132 | Eduardo Naranjo<br>eduardo.naranjo@prc333.com<br>832-293-7941 | Trade | Disputed | | | $176,582.27 |
| Sabre Corporation<br>3150 Sabre Drive<br>Southlake, TX 76092 | Edith Krückmann<br>Edith.Kruckmann@sabre.com<br>682-605-0823 | Trade | | | | $297,736.00 |
| World Fuel<br>55 Inverness Dr E<br>Englewood, CO 80112 | | | | | | $158,719.00 |
| World Wide Charter Group<br>81 Welland Avenue<br>St Catharines,<br>Ontario<br>CANADA | scott@wwchartergroup.com | Arbitration Award | Disputed | | | $743,619.50 |

# United States Bankruptcy Court
## Middle District of North Carolina

In re: **Dynamic International Airways, LLC**, Debtor(s)

Case No. _____
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **7-19-2017**

_____
**Paul Kraus/Manager**
Signer/Title