UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| In Re:<br><br>DYNAMIC INTERNATIONAL AIRWAYS, LLC<br><br>Debtor. | Case No. 17-10814<br>Chapter 11 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LBR 2090-1, Bell, Davis & Pitt, PA, by undersigned counsel who is a member of the Bar of this Court, respectfully moves the Court to admit Erick T. Gjerdingen ("Mr. Gjerdingen"), *pro hac vice*, for the purpose of appearing as counsel on behalf of Dynamic International Airways, LLC, as co-counsel with attorneys Daniel C. Bruton and Walter W. Pitt, Jr. in the above-captioned case only. In support of this motion, the undersigned states:

1. Mr. Gjerdingen is an attorney in good standing and is licensed to practice law in Nevada (Bar No. 11972). He is also admitted in Indiana (Bar No. 33780-53), and to the following courts:

> Ninth Circuit Court of Appeals
> US District Court, Nevada
> US District Court. Southern District of Indiana

2. Mr. Gjerdingen is in good standing, not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. Mr. Gjerdingen has read and is familiar with the Local Rules, Federal Rules of Bankruptcy Procedure, Federal Rules of Civil Procedure and the Federal Rules of Evidence.

4. Mr. Gjerdingen is familiar with this action and has been requested by Dynamic International Airways, LLC to be actively involved in the representation of it as the debtor in this Chapter 11 bankruptcy case.

5. By his accompanying statement, Mr. Gjerdingen certifies that he will abide by all rules, practices, ethics and submits to the disciplinary jurisdiction for any misconduct in connection with this case that are applicable to all other attorneys admitted to practice before the U.S. Bankruptcy Court for the Middle District of North Carolina.

2316359_1

6.  Mr. Gjerdingen has not filed for permission to appear *pro hac vice* in the proceeding three years in any court within the state of North Carolina.

7.  Mr. Gjerdingen has the address of Garman Turner Gordon LLP, 650 White Drive, Suite 100, Las Vegas, Nevada 89119. His telephone number is (725) 777-3000 and e-mail address is egjerdingen@gtg.legal.

8.  The required filing fee for admission of an attorney pro hac vice will be tendered upon entry of the attached order.

WHEREFORE, the undersigned respectfully moves the Court to admit Erick T. Gjerdingen, *pro hac vice*, to the Bar of this Court for the purpose of participating in this matter as co-counsel with attorneys Daniel C. Bruton and Walter W. Pitt, Jr. and for all other relief that may be appropriate and just.

This the 19th day of July, 2017.

/s/ Daniel C. Bruton
Daniel C. Bruton
N.C. State Bar No. 22440
Bell, Davis & Pitt, P.A.
100 N. Cherry Street, Suite 600
Winston-Salem, North Carolina 27101
Telephone: (336) 714-4110
E-mail: dbruton@belldavispitt.com

and

/s/ Erick T. Gjerdingen
Erick T. Gjerdingen
Garman Turner Gordon LLP
Nevada Bar No. 11972
Indiana Bar No. 33780-53
650 White Drive, Suite 100
Las Vegas, NV 89119
Telephone: (725) 777-3112
E-mail: egjerdingen@gtg.legal

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

|  |  |
|---|---|
| In Re:<br><br>DYNAMIC INTERNATIONAL AIRWAYS, LLC<br><br>Debtor. | Case No. 17-10814<br>Chapter 11 |

### CERTIFICATION OF ERICK T. GJERDINGEN

I, Erick T. Gjerdingen, certify as follows:

1. I am an associate attorney with the law firm of Garman Turner Gordon, LLP, having an address of 650 White Drive, Suite 100, Las Vegas, Nevada 89119. My telephone number is (725) 777-3000.

2. I am an attorney in good standing licensed to practice law in Nevada (Bar No. 229). I am also licensed in Indiana (Bar No. 33780-53), as well as the following courts:

Ninth Circuit Court of Appeals
US District Court, Nevada
US District Court, Southern District of Indiana

3. I am in good standing, not currently under suspension or subject to other disciplinary action with respect to the practice of law.

4. I have read and am familiar with the Local Rules, Federal Rules of Bankruptcy Procedure, Federal Rules of Civil Procedure and the Federal Rules of Evidence.

5. I am familiar with this action and have been requested by Dynamic International Airways, LLC to be actively involved in the representation of it as the debtor in this Chapter 11 bankruptcy case.

6. I certify that I will abide by all rules, practices, ethics, and submit to the disciplinary jurisdiction for any misconduct in connection with this case that are applicable to all other

attorneys admitted to practice before the U.S. Bankruptcy Court for the Middle District of North Carolina.

    This the 19th day of July, 2017.

                                      /s/ Erick T. Gjerdingen
                                      Erick T. Gjerdingen
                                      Garman Turner Gordon LLP
                                      Attorney for Dynamic International Airways, LLC
                                      Nevada Bar No. 269
                                      650 White Drive, Suite 100
                                      Las Vegas, NV 89119
                                      Telephone: (725) 777-3000
                                      E-mail: egjerdingen@gtg.legal