**Fill in this information to identify the case:**

Debtor name    **Dynamic International Airways, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Department of Transportation (DOT)**<br>**1200 New Jersey Ave.**<br>**Washington, DC 20590** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $30,000.00 | $30,000.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Guyana** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $2,107,260.48 | $2,107,260.48 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    50329    Best Case Bankruptcy

Debtor **Dynamic International Airways, LLC**
_____ Case number (if known) _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134,399.89 | $134,399.89 |

**2.3**

Priority creditor's name and mailing address
**Internal Revenue Service**
**225 Green Street**
**Ste 406**
**Fayetteville, NC 28301-5043**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

$134,399.89     $134,399.89

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4**

Priority creditor's name and mailing address
**Internal Revenue Service**
**Attn: Monique Salmon**
**400 N. Eight Street, MDP1**
**Richmond, VA 23219**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

$8,308,304.20     $8,308,304.20

Date or dates debt was incurred

Basis for the claim:
**U.S. Federal Excise Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.5**

Priority creditor's name and mailing address
**NYC Department of Finance**
**PO Box 3600**
**New York, NY 10008**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

$640.00     $640.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.6**

Priority creditor's name and mailing address
**Paychex**
**4015 Meeting Way, # 101**
**High Point, NC 27265**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Dynamic International Airways, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**2.7**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,984,493.06** |
| **Prepaid Customer Obligations** | Check all that apply. | $7,984,493.06 (*) |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |

(*)
**This amount reflects combined pre-paid customer obligations. This amount is being reduced through post-petition operations as approved pursuant to the** *Interim Order (i) Authorizing the Debtor to Pay and Honor Prepetition Obligations to Customers and to Otherwise Continue Customer Practices in the Ordinary Course of Business; and (ii) Authorizing and Directing the Disbursement Banks to Honor and Process Related Checks and Transfers, and (III) Scheduling Further Hearing on Motion* [ECF No. 92]

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No<br>☐ Yes |

**2.8**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,289.00    $3,289.00 |
| **State of Alaska - DOT&PF**<br>**AIAS/SWA**<br>**PO Box 112500**<br>**3132 Channel Drive**<br>**Juneau, AK 99811-2500** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |

**2.9**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125,000.00    $125,000.00 |
| **Transportation Security**<br>**Administration**<br>**TSA-14, 601 South 12th Street**<br>**Office of Revenue**<br>**West Tower, Floor 12**<br>**Arlington, VA 20598-6014** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |

**2.10**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,000.00    $40,000.00 |
| **Transportation Security**<br>**Administration**<br>**TSA Office of Revenue 601 So**<br>**Arlington, TX 20598** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Dynamic International Airways, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $5,000.00 |
|---|---|---|---|---|

**U S Customs & Border**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**U S Postage Service-High Point**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,000.00 | $39,000.00 |
|---|---|---|---|---|

**US Department of Agriculture
(APHIS)
1400 Independence Ave. SW
Washington, DC 20250**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81,214.00 |
|---|---|---|---|

**121 Catering
45 Rason Road
Inwood, NY 11096**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,278.36 |
|---|---|---|---|

**A & R Food Services**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Dynamic International Airways, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291,551.95 |
|---|---|---|---|

**A.B. Won Pat Airport**
**P.O. Box 8770**
**Tamuning  96931**
**Guam**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,340.00 |
|---|---|---|---|

**AAF Spares LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,475.00 |
|---|---|---|---|

**ABC Car Rental**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,590.65 |
|---|---|---|---|

**Accounting Principals**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,847.25 |
|---|---|---|---|

**ACL Airshop**
**436 Saco Lowell Road**
**Easley, SC 29640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,636.20 |
|---|---|---|---|

**ADR Chambers**
**180 Duncan Mill Rd. 4th Floor**
**Toronto, Ontario M3B 1Z6**
**Canada**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246,365.09 |
|---|---|---|---|

**AEG**
**PO Box 5606**
**Stateline, NV 89449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **Dynamic International Airways, LLC**                                    Case number *(if known)* _____
          Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,541.31 |
|---|---|---|---|

**Aero Safety Graphics Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **pax safety briefing cards for fleet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Aero-Link Arizona**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,885.00 |
|---|---|---|---|

**AeroData**
**14988 N 78th Way,  Suite 214**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,240.00 |
|---|---|---|---|

**AeroEd LLC**
**90 Airpark Dr., Suite 306**
**Rochester, NY 14626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,095.00 |
|---|---|---|---|

**Aeroplan Engineering**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,250.00 |
|---|---|---|---|

**Aerospace Service, Inc.**
**1800 SW 34th St.**
**Fort Lauderdale, FL 33315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**Aerospace Support**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Dynamic International Airways, LLC**                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,391.38 |
|---|---|---|---|

**3.17**  Nonpriority creditor's name and mailing address

AeroTurbine Inc.
2323 NW 82nd Ave.
Doral, FL 33122

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.           **$7,391.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18**  Nonpriority creditor's name and mailing address

AFCO

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.           **$2,031.79**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19**  Nonpriority creditor's name and mailing address

Air Charter Service (ACS)

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.           **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20**  Nonpriority creditor's name and mailing address

Air Fayre
20051 S. Vermont Avenue
Torrance, CA 90502

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.           **$26,841.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21**  Nonpriority creditor's name and mailing address

Air India, Inc.
c/o Rohit Sabharwal, Esq.
Sabharwal & Finkel LLC
250 Park Avenue, 7th Floor
New York, NY 10177

Date(s) debt was incurred  9/8/2015

Last 4 digits of account number  7054

**As of the petition filing date, the claim is:** Check all that apply.           **$10,500,000.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Arbitration Award

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22**  Nonpriority creditor's name and mailing address

Air Service Hawaii
95 Nakolo Place
Honolulu, HI 96819

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.           **$4,380.24**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23**  Nonpriority creditor's name and mailing address

Airborne Maintenance Engineering Service
145 Hunter Drive
Wilmington, OH 45177

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.           **$395.84**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Dynamic International Airways, LLC**   Case number (if known) _____
_____
Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,921.75 |
|---|---|---|---|

**Airline Container Leasing, LLC**
**436 Saco Lowell Rd**
**Easley, SC 29640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,391.00 |
|---|---|---|---|

**Airline Support Inc.**
**3551 Posmark Dr.**
**Anchorage, AK 99502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,108.69 |
|---|---|---|---|

**Airline Tariff Publishing Co. (ATPCO)**
**45005 Aviation Dr.**
**Dulles, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.00 |
|---|---|---|---|

**Airparts Support, Inc.**
**1556 NW 89th Ct.**
**Doral, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $526.32 |
|---|---|---|---|

**Airway Cleaners, LLC**
**15 Clinton Ave.**
**Rockville Centre, NY 11570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**AJIT KR SINGH**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,916.25 |
|---|---|---|---|

**All Jets Maintenance Inc.**
**3904 NW 82nd Way**
**Cooper City, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

Debtor    **Dynamic International Airways, LLC**                                   Case number *(if known)* _____
          _____
          Name

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,187.32** |

3.31 **Nonpriority creditor's name and mailing address**

**Allied Hospitality Group Inc**
**PO Box 667766**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$72,187.32**

---

3.32 **Nonpriority creditor's name and mailing address**

**Altus Global Trade Solutions**
**2400 Veterans Memorial Blvd., Ste 300**
**Kenner, LA 70062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$34,000.00**

---

3.33 **Nonpriority creditor's name and mailing address**

**Amadeus**
**Salvador de Madariaga 1**
**Madrid 28027**
**Spain**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$483,097.23**

---

3.34 **Nonpriority creditor's name and mailing address**

**Amazon.com**
**1200 12th Avenue South, Suite 1200**
**Seattle, WA 98144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$119.95**

---

3.35 **Nonpriority creditor's name and mailing address**

**Ameco Beijing**
**P.O. Box 563 Capital Airport 100621**
**Beijing**
**P.R China**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,909,565.88**

---

3.36 **Nonpriority creditor's name and mailing address**

**Anderson Lock**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

3.37 **Nonpriority creditor's name and mailing address**

**Ansett Aircraft Spares & Service**
**12675 Encinitas Avenue**
**Sylmar, CA 91342-3634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$106,262.14**

Debtor **Dynamic International Airways, LLC**
_____
Name

Case number (if known) _____

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |

**Anthony Tirri**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,000.00 |

**APHIS**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **User Fee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,800.00 |

**Applied Aerospace Solutions**
4051  NW 26th Street
Miami, FL 33142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Applied Aerospace Solutions**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,242.00 |

**Aquarius Beach Tower**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,618.18 |

**ARINC**
2551 Riva Rd.
Annapolis, MD 21401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $721.00 |

**Ark Aviation, Inc.**
200 N Raleigh St
Greensboro, NC 27401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Dynamic International Airways, LLC**                          Case number (if known) _____
‎_____
Name

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$111,786.00** |
|---|---|---|---|

**ASIG**
**PO Box 402458**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,108.69** |
|---|---|---|---|

**ATPCO**
**45005 Aviation Dr.,  Suite 400**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,410.00** |
|---|---|---|---|

**AvAir**
**6877 W. Frye Road**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,587.77** |
|---|---|---|---|

**Aventure Aviation**
**108 International Dr.**
**Peachtree City, GA 30269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,587.77** |
|---|---|---|---|

**Aventure Aviation**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,281.46** |
|---|---|---|---|

**AVIALL Services Inc.**
**PO BOX 842267**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,079.00** |
|---|---|---|---|

**Aviation Inflatables Inc.**
**1655 Northwest 136th Ave. Bldg. M**
**Sunrise, FL 33323**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  4-28-17

Last 4 digits of account number  8045

Basis for the claim:  Litigation

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dynamic International Airways, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,475.00 |
|---|---|---|---|

**AVSource International**
**10455 NW 37th Terrace**
**Doral, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $89,900.00 |
|---|---|---|---|

**B&W Aviation**
**7349 NW 56 ST**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,488,904.00 |
|---|---|---|---|

**B.K.P. Enterprise & Expim International**
**Scott A. Griffin, Esq.**
**Griffin Hamersky LLP**
**420 Lexington Ave., Suite 400**
**New York, NY 10170**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _1407_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|

**Baldwin Aviation**
**11 Palmetto Pkwy**
**Hilton Head Island, SC 29926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $66,000.00 |
|---|---|---|---|

**Bank of America, N.A.**
**P.O. Box 982238**
**El Paso, TX 79998-2238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _6593_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Barfield Aero, LLC**
**4101 NW 29th Street**
**Miami, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Base Commerce**
**1380 W. Auto Drive**
**Tempe, AZ 85284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dynamic International Airways, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,103.43 |
| --- | --- | --- | --- |

**Beijing AOG Int'l Freight Agent**
**Room 605, Unit 1, Bldg A No 170 Beiyuan**
**Chaoyang District, Beijing**
**China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,577.00 |
| --- | --- | --- | --- |

**Bernhardt and Strawser**
**5821 Fairview Rd Ste 100**
**Charlotte, NC 28209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,067.33 |
| --- | --- | --- | --- |

**Bibi A. Khan**
**92-11 215th Street**
**Queens Village, NY 11428**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  1151

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $68,000.00 |
| --- | --- | --- | --- |

**Bill Gray**
**10399 Stonebridge Blvd**
**Boca Raton, FL 33498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Boeing**
**100 North Riverside**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $714.15 |
| --- | --- | --- | --- |

**Brooks & Maldini Corporation**
**901 Progresso Dr., Suite 201**
**Fort Lauderdale, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $109,507.00 |
| --- | --- | --- | --- |

**Burbank Security**
**CARGO BLDG 86 JFK INTERNATIONAL**
**AIRPORT**
**Jamaica, NY 11430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Dynamic International Airways, LLC**                    Case number (if known) _____
_____
Name

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,883.58 |
|------|---|---|---|

**C&D Consulting**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,991.22 |
|------|---|---|---|

**CAAC Settlement Center**
**11 FL NO. 2 BLDG FORTUNE CENTER HUI**
**XIN**
**P.R 100029**
**China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,651.71 |
|------|---|---|---|

**Caribbean Air Navigation & Advisory Ser**
**LP 10 GOLDEN GROVE ROAD**
**PIARCO, PIARCO**
**TRINIDAD**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Carlo Manuel Garcia**
**c/o Steven C. Marks, Esq.**
**Podhurst, Orseck, P.A.**
**One S.E. Third Avenue, Suite 2700**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1538**

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Carlos Bendayan and Laura Bendayan**
**c/o Mac S. Phillips, Esq.**
**Phillips Tadros, P.A.**
**212 Southeast 8th Street, Suite 103**
**Fort Lauderdale, FL 33316**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **3324**

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,575.07 |
|------|---|---|---|

**CAS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,334.38 |
|------|---|---|---|

**CAVU Aerospace**
**1801 Military Rd**
**Stuttgart, AR 72160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Dynamic International Airways, LLC**                                Case number (if known) _____
        Name

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,916.66** |
|------|---|---|---|
|  | **Cecilia Ycaza** | ☐ Contingent | |
|  |  | ☐ Unliquidated | |
|  |  | ☐ Disputed | |
|  | **Date(s) debt was incurred** _ | | |
|  | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
|  |  | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67,575.07** |
|------|---|---|---|
|  | **Certified Aviation Services, LLC (CAS)** | ☐ Contingent | |
|  | **PO BOX 225** | ☐ Unliquidated | |
|  | **Santa Clara, CA 95052** | ☐ Disputed | |
|  | **Date(s) debt was incurred** _ | | |
|  | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
|  |  | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,900.00** |
|------|---|---|---|
|  | **Chem Check Co., Inc.** | ☐ Contingent | |
|  | **1750 Alma Rd. #108** | ☐ Unliquidated | |
|  | **Richardson, TX 75081** | ☐ Disputed | |
|  | **Date(s) debt was incurred** _ | | |
|  | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
|  |  | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|
|  | **Chemoil Corp.** | ☐ Contingent | |
|  | **2365 E. Sepulveda Blvd.** | ☐ Unliquidated | |
|  | **Long Beach, CA 90810** | ☐ Disputed | |
|  | **Date(s) debt was incurred** _ | | |
|  | **Last 4 digits of account number  CA01** | **Basis for the claim:**  Litigation | |
|  |  | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,080.00** |
|------|---|---|---|
|  | **Christina Paez** | ☐ Contingent | |
|  | **1819 Grant Ave.** | ☐ Unliquidated | |
|  | **South Plainfield, NJ 07080** | ■ Disputed | |
|  | **Date(s) debt was incurred** _ | | |
|  | **Last 4 digits of account number  3016** | **Basis for the claim:**  Litigation | |
|  |  | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|
|  | **Cigna** | ☐ Contingent | |
|  |  | ☐ Unliquidated | |
|  |  | ☐ Disputed | |
|  | **Date(s) debt was incurred** _ | | |
|  | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
|  |  | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9.58** |
|------|---|---|---|
|  | **Comed** | ☐ Contingent | |
|  | **10 S Dearborn Street** | ☐ Unliquidated | |
|  | **Chicago, IL 60603** | ☐ Disputed | |
|  | **Date(s) debt was incurred** _ | | |
|  | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
|  |  | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Dynamic International Airways, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Commercial Jet**<br>**PO BOX 668500**<br>**Miami, FL 33166**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$17,000.00** |
|---|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Commonwealth Ports Authority SAIPAN**<br>**PO BOX 501055**<br>**Saipan, MP 96950**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50,000.00** |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**Comply 365**<br>**655 Third Street, Suite 365**<br>**Beloit, WI 53511**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,582.50** |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**Computer Tech Art Services**<br>**1700 Rockville Pike**<br>**Rockville, MD 20852**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,277.50** |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**ConEdison**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **0024** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **JFK/Electric**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$124.39** |
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**ConEdison**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **4042** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **JFK/Electric**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$67.64** |
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**ConEdison**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **2038** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **JFK/Electric**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$64.68** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **Dynamic International Airways, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $317.00 |

**Congyun Dilley**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,158.00 |

**CPaT Global, LLC**
**24624 Interstate 45, Suite 270**
**Spring, TX 77386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $393.85 |

**Crew Outfitters**
**3087 B Terminal Dr.**
**Hebron, KY 41048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $441.00 |

**CSC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**DA2, LLC**
**1402 Airport Road**
**P.O. Box 7**
**Bridgewater, VA 22812**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0580**

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,440.00 |

**Darius E. Espinosa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,385.64 |

**DASI Aircraft Spares**
**10000 NW 25th Street**
**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Dynamic International Airways, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Kulowiec, Esq.**
**Kulowic Jorquera & Whalen, LLP**
**65 Autumn Ridge Road**
**Pound Ridge, NY 10576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David Michael & Eva Karol Angeloff**
**c/o Guadalupe Fuentes, Esq.**
**835 W. Rosecrans Ave.#113**
**Gardena, CA 90247**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __1729__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,331.18** |
|---|---|---|---|

**Dean's Office Machines, Inc.**
**1035 Winston St.**
**Greensboro, NC 27405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,080.00** |
|---|---|---|---|

**Deb Diepholz**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Deborah Thompkins**
**c/o Hunter Blackmon, Esq.**
**State of New York Office of the Attorney**
**120 Broadway**
**New York, NY 10271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __5586__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$363.77** |
|---|---|---|---|

**Delta**
**4230 Cargo Rd. Unit C**
**Greensboro, NC 27409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,442.20** |
|---|---|---|---|

**Deo Prakash**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Dynamic International Airways, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600,000.00 |
|---|---|---|---|
| | **Department of the Treasury**<br>**Internal Revenue Service**<br>**Cincinnati, OH 45999-0009** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|
| | **Department of Transportation (DOT)**<br>**1200 New Jersey Ave., SE.**<br>**Washington, DC 20590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Digecor Inc**<br>**1625 N 1100 W**<br>**Springville, UT 84663** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number  **6707** | Basis for the claim:  **Litigation** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,833.21 |
|---|---|---|---|
| | **Direct Airline Services**<br>**4030 NW 29th Street**<br>**Miami, FL 33142** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $636.27 |
|---|---|---|---|
| | **Dish**<br>**9601 S Meridian Blvd.**<br>**Englewood, CO 80112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,538.88 |
|---|---|---|---|
| | **Don Maddock's Borescope on Video, Inc.**<br>**83 South Mountain View Road**<br>**Apache Junction, AZ 85119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,260.00 |
|---|---|---|---|
| | **DSC Trading, LLC**<br>**2113 Johnson St.**<br>**Pembroke Pines, FL 33029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **Dynamic International Airways, LLC**                              Case number (if known) _____
          Name

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,028.63 |
|---|---|---|---|

**Duke Energy**
**550 South Tryon Street**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number  **9355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GSO HDQ**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471,672.82 |
|---|---|---|---|

**Dutch Caribbean Air Navigation Service**
**255 Alhambra Cir Ste 424**
**Coral Gables, FL 33434**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dynamic Aviation Group, Inc.**
**1402 Airport Road**
**Bridgewater, VA 22812**

Date(s) debt was incurred _

Last 4 digits of account number  **0580**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Earthlink Business**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,840.53 |
|---|---|---|---|

**East Air Corporation**
**337 2nd St**
**Hackensack, NJ 07601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,600.00 |
|---|---|---|---|

**Edison Sanchez**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Emerita Tosoc**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Dynamic International Airways, LLC**
      Name

Case number (if known)     _____

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230,585.51 |
|---|---|---|---|

**Endless Tours SA DE CV**
**Avenida Del Sol MZ 10 LT 10 1**
**Cancun Benito Jua Qu 77506**
 **Mexico**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,185.35 |
|---|---|---|---|

**Enerjet**
**119-1440 Aviation Park NE**
**Calgary Alberta T2E 7E2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,696.29 |
|---|---|---|---|

**Eurocontrol**
**Rue de la Fusée 96**
**1130 Brussels**
**Belgium**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |
|---|---|---|---|

**EZ-ECM**
**7870 Creedmoor Drive**
**Rural Hall, NC 27045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,688.00 |
|---|---|---|---|

**F&E Aircraft Maintenance**
**PO BOX 660707**
**Miami, FL 33266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,711.91 |
|---|---|---|---|

**Facebook**
**1 Hacker Way**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $795.47 |
|---|---|---|---|

**Federal Aviation Administration**
**800 Independence Ave. SW**
**Washington, DC 20591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Dynamic International Airways, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,761.68 |
|---|---|---|---|

**Fedex**
PO BOX 223125
Pittsburgh, PA 15251

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $570.71 |
|---|---|---|---|

**Fernando Sanchez**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $674.86 |
|---|---|---|---|

**First Choice Personnel**
275 E Parris Ave. #101
High Point, NC 27262

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,613.40 |
|---|---|---|---|

**First Class Air Support**
8530 NW 30th Terrace
Miami, FL 33122

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,879.49 |
|---|---|---|---|

**FJC Security Services**
3310 Queens Blvd.
Long Island City, NY 11101

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,376.00 |
|---|---|---|---|

**Flight Services & Systems**
5005 Rockside Road, Suite 940
Independence, OH 44131

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,430.00 |
|---|---|---|---|

**Flight Tech Worldwide Corp**
PO BOX 527922
Miami, FL 33152

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Dynamic International Airways, LLC**                              Case number *(if known)* _____
_____
Name

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,600.00 |
|---|---|---|---|

**Florida Modification Specialists,LLC**
**9200 NW 112th Street, Bldg 1, Hangar Bay**
**Kansas City, MO 64153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $171.30 |
|---|---|---|---|

**Florida Power and Light Company**
**General Mail Facility**
**Miami, FL 33188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,474.68 |
|---|---|---|---|

**Forsyth Janitorial Service, Inc.**
**4203 Shadetree Circle**
**Winston Salem, NC 27107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Francisco Zorilla**
**c/o Jeanette Malaty, Esq.**
**6654 Myrtle Avenue**
**Ridgewood, NY 11385**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  9317

Basis for the claim:  Litigation

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,555.00 |
|---|---|---|---|

**Frank Esopi**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Frank Filippello**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,232.00 |
|---|---|---|---|

**Garofalo Law Offices**
**1200 New Hampshire Ave. NW**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Dynamic International Airways, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Gate Safe**
**1669 Phoenix Parkway, Suite 104**
**College Park, GA 30349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,908.00** |
|---|---|---|---|

**Global Aviation Resources, Inc**
**4308 Yorkmont Rd.**
**Charlotte, NC 27208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,825.00** |
|---|---|---|---|

**Global Parts Support Inc.**
**2799 SW 32nd Ave.**
**Hollywood, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.01** |
|---|---|---|---|

**Glover & Dahnk**
**1103 Princess Anne St.**
**Fredericksburg, VA 22401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**GoJet Airlines**
**11495 Navaid Road**
**Bridgeton, MO 63044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Gordon & Rees LLP**
**1111 Broadway, Suite 1700**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$137,208.17** |
|---|---|---|---|

**Gregor LLC**
**8427 W Bryn Mawr Ave**
**Chicago, IL 60631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor     **Dynamic International Airways, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** |

**Guardian**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** |

**Guilford Locksmithing, Inc.**
506 Edwardia Dr.
Greensboro, NC 27409

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$251.82**

---

| | |
|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** |

**Gulf Regents**
5900 S Lake Forest Drive, Suite 300
McKinney, TX 75070

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,229,219.00**

---

| | |
|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** |

**Guyana (Name of Authority Needed)**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Passenger Facility Charge**

Is the claim subject to offset? ■ No  ☐ Yes

**$458,041.59**

---

| | |
|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** |

**HAECO**
623 Radar Road
Greensboro, NC 27410

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$11,030.00**

---

| | |
|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** |

**HAECO Americas**
623 Radar Road
Greensboro, NC 27410

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,459.20**

---

| | |
|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** |

**Hawthorne at Wyndham**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Dynamic International Airways, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heather Johanson-Depontes**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,521.60 |
|---|---|---|---|

**HMS Host**
**6905 Rockledge Drive**
**Bethesda, MD 20817**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Holiday Inn Greensboro Airport**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,254.32 |
|---|---|---|---|

**Home Medical Equipment, LLC**
**1050 Stewart Ave, Suite 120**
**Garden City, NY 11530**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,210.00 |
|---|---|---|---|

**Hotel Beds**
**5422 Carrier Dr Ste 201**
**Orlando, FL 32819**

    ☐ Contingent
    ☐ Unliquidated
    ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,229.00 |
|---|---|---|---|

**IAG Engine Center**
**6929 NW 46ST**
**Miami, FL 33166**

    ☐ Contingent
    ☐ Unliquidated
    ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,507.32 |
|---|---|---|---|

**Iata**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Dynamic International Airways, LLC**                          Case number *(if known)* _____
          Name

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,174,862.32** |

**Immigration User Fee (Agency Needed)**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Immigration User Fee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,975.00** |

**Infare**
**BORGERGADE 14**
**1300 KOBENHAVEN**
**DENMARK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,338,045.03** |

**Internal Revenue Service**
**Attn: Monqiue Salmon**
**400 N. Eight Street, MDP1**
**Richmond, VA 23219**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **U.S. Federal Excise Taxes - penalties**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134,399.89** |

**Internal Revenue Service**
**225 Green Street Suite 406**
**Fayetteville, NC 28301-5043**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,971.20** |

**Inventory Locator Service (ILS)**
**8001 Centerview Parkway, Suite 400**
**Cordova, TN 38018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.45** |

**Iron Mountain**
**1 Federal Street**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **N222**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$662.97** |

**IT&E**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Dynamic International Airways, LLC**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,265.00** |

**Jackson Lewis P.C.**
**220 Headquarters Plaza east Towers 7**
**Morristown, NJ 00097-3538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$81,120.00** |

**Jamaica Civil Aviation Authority**
**4 Winchester Road**
**Kingston 10**
**Jamaica**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$650.00** |

**Jamco**
**1-100 TAKAMATSU-CHO**
**TACHIKAWA, TOYKO 190-011**
**JAPAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$410,130.80** |

**Japan Civil Aviation Bureau**
**Ministry of Land, Infrastructure & Tour**
**2-1-3 Kasumigaseki**
**Tokyo 100-8918**
**Japan**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85,337.13** |

**Jeevan Prakash Malhotra**
**c/o Robert M. Weinstein, Esq.**
**Weinstein Law Offices**
**437 W. Friendly Ave., Suite 11**
**Greensboro, NC 27404**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __6041__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,853.00** |

**Jeppesen**
**55 Inverness Drive E**
**Denver, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,546,108.11** |

**Jet Midwest Group**
**5959 W Century Blvd., Ste 1412**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Dynamic International Airways, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,101,669.03** |
|---|---|---|---|

**Jet Midwest Inc.**
**9200 NW 112th Street**
**Kansas City, MO 64153**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jet Midwest International Co., Ltd.**
**c/o Richard H. Silberberg, Esq.**
**Dorsey & Whitney LLP**
**51West 52nd Street**
 **New York, NY**

Date(s) debt was incurred __

Last 4 digits of account number __0057__

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,200.00** |
|---|---|---|---|

**Jet Midwest Technik**
**9200 NW 112th St**
**Kansas City, MO 64153**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144.20** |
|---|---|---|---|

**Jet-Away Aviation Services**
**2076 Fifth Avenue**
**Ronkonkoma, NY 11779**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$467.80** |
|---|---|---|---|

**Jetpubs Elevating Aviations**
**900 Crest View Drive, Suite 130**
**Hudson, WI 54016**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,940.00** |
|---|---|---|---|

**Jets Asia Pacific**
**1071 WEST CAMP RD**
**SINGAPORE, 797799**
**SINGAPORE**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,435.82** |
|---|---|---|---|

**JFK International Air Terminal**
**JFK AIRPORT ROOM 161 022**
**Jamaica, NY 11430**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Dynamic International Airways, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.178** Nonpriority creditor's name and mailing address
**JFK Office Supermarket, Inc.**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179** Nonpriority creditor's name and mailing address
**Joe Wick**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$471.25**

---

**3.180** Nonpriority creditor's name and mailing address
**John Mar III LLC**
**109 Hendricks Isle**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lease

Is the claim subject to offset? ■ No ☐ Yes

**$1,240.90**

---

**3.181** Nonpriority creditor's name and mailing address
**John Tittl**
**c/o Debra Berley, Esq.**
** Berley & Berley**
** 4050 Hempstead Turnpike, Suite 20**
**Bethpage, NY 11714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$856.00**

---

**3.182** Nonpriority creditor's name and mailing address
**Johnson's Jewelry Inc.**
**1208 Brooksland Rd.**
**Dayton, OH 45409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,952.00**

---

**3.183** Nonpriority creditor's name and mailing address
**Josefina Garcia**
**1365 Saint Nichola Ave., Apt 19K**
**New York, NY 10033**

Date(s) debt was incurred _

Last 4 digits of account number  **16NY**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Litigation

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184** Nonpriority creditor's name and mailing address
**Joshua Ellinwood & Marie Mina Mitan**
**284 Coronado Drive**
**Goleta, CA 93117**

Date(s) debt was incurred _

Last 4 digits of account number  **3834**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Litigation

Is the claim subject to offset? ■ No ☐ Yes

**$2,447.24**

---

Debtor   **Dynamic International Airways, LLC**                              Case number (if known) _____
_____
Name

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Joy Deabreu**
192 Bradhurst Ave. #20
New York, NY 10039

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  17NY**

**Basis for the claim:  Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,099.71 |

**JSfirm.com**
11350 Cleveland Gibbs Rd., Suite 104
Roanoke, TX 76262

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,570.34 |

**Juan Bon**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,940.00 |

**June Franklin**
31 Watson Avenue
East Orange, NJ 07018

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  4615**

**Basis for the claim:  Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,711.25 |

**Kapco Global**
3120 Enterprise Street
Brea, CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,508.00 |

**Kaufman Dolowich & Voluck, LLP**
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |

**Kellstrom Materials**
450 Medinah Road
Roselle, IL 60172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Dynamic International Airways, LLC**                                    Case number (if known) _____
        _____
        Name

| | |
|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500,000.00** |

3.192

**Nonpriority creditor's name and mailing address**
**Kenneth M. Woolley**
**2061 E. Murray-Holladay Road**
**Salt Lake City, UT 84117**

Date(s) debt was incurred  **9/30/2016**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Demand Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$500,000.00**

---

3.193

**Nonpriority creditor's name and mailing address**
**Kenneth M. Woolley**
**2061 E. Murray-Holladay Road**
**Salt Lake City, UT 84117**

Date(s) debt was incurred  **9-22-2016**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Demand Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$400,000.00**

---

3.194

**Nonpriority creditor's name and mailing address**
**Kenneth M. Woolley**
**2061 E. Murray-Holladay Road**
**Salt Lake City, UT 84117**

Date(s) debt was incurred  **9-16-2016**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Demand Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$600,000.00**

---

3.195

**Nonpriority creditor's name and mailing address**
**Kenneth M. Woolley**
**2061 E. Murray-Holladay Road**
**Salt Lake City, UT 84117**

Date(s) debt was incurred  **9-6-2016**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revolving Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000,000.00**

---

3.196

**Nonpriority creditor's name and mailing address**
**Kenneth M. Woolley**
**2061 E. Murray-Holladay Road**
**Salt Lake City, UT 84117**

Date(s) debt was incurred  **8-31-2016**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Demand Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,749,841.81**

---

3.197

**Nonpriority creditor's name and mailing address**
**Kenneth M. Woolley**
**2061 E. Murray-Holladay Road**
**Salt Lake City, UT 84117**

Date(s) debt was incurred  **8-12-2016**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revolving Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,000,000.00**

---

3.198

**Nonpriority creditor's name and mailing address**
**Kim Bower**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$63.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **Dynamic International Airways, LLC**                     Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $3,815.26 |

**3.199**

**Nonpriority creditor's name and mailing address**
**Kirstein & Young, PLLC**
**1750 K St NW, Suite 200**
**Washington, DC 20006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        **$3,815.26**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.200**

**Nonpriority creditor's name and mailing address**
**LAWA**
**PO BOX 54078**
**Los Angeles, CA 90054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        **$28,927.30**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.201**

**Nonpriority creditor's name and mailing address**
**Lechtenberg & Associates**
**1235 N Mulford Road, Suite 208**
**Rockford, IL 61107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        **$245.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.202**

**Nonpriority creditor's name and mailing address**
**Legion Aero, INC**
**3701 SW 47th Ave Ste 104**
**Davie, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        **$13,044.50**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.203**

**Nonpriority creditor's name and mailing address**
**Levick Strategic Communications LLC**
**1900 M St NW**
**Washington, DC 20036**

Date(s) debt was incurred  **10/26/2016**

Last 4 digits of account number  **864B**

As of the petition filing date, the claim is: Check all that apply.        **$73,553.76**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.204**

**Nonpriority creditor's name and mailing address**
**Levolor, Inc**
**7614 Business Park Dr.**
**Greensboro, NC 27409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        **$10,830.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GSO HDQ**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.205**

**Nonpriority creditor's name and mailing address**
**Liberty EPL**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        **$14,521.33**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Dynamic International Airways, LLC**                    Case number (if known) _____
_____
Name

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**Lion Fuse Digital Media**
**1720 Harrison St.,  Suite 5a**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,210.55 |

**M & D Multiservices Corp.**
**6928 NW 72nd Avenue**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247.36 |

**M&R JFK1 JV LLC**
**c/o Michelle Pham, Esquire**
**Pryor Cashman, 7 Times Square**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247.48 |

**Mar Air Foods**
**5B Hanger**
**Flushing, NY 11371-1012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.00 |

**Marc Kruger**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Marlene Manrique**
**c/o Cassandra Castellano-Lombard, Esq.**
**Gordon and Doner, P.A.**
**10650 W. State Road 84, Suite 210**
**Fort Lauderdale, FL 33324**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  8-30-2016

Basis for the claim:  Litigation

Last 4 digits of account number  5977

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,423.00 |

**Marriott Guyana**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Dynamic International Airways, LLC**
_____
Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 3.213 | **Nonpriority creditor's name and mailing address**<br>**McCarter & English Attorneys at Law**<br>**Four Gateway Center, 100 Mulberry Street**<br>**Newark, NJ 06901**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$369,291.85** |
| 3.214 | **Nonpriority creditor's name and mailing address**<br>**McNeely Pest Control**<br>**7707 Boeing Dr.**<br>**Greensboro, NC 27409**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$360.00** |
| 3.215 | **Nonpriority creditor's name and mailing address**<br>**McRae Law Firm**<br>**5300 West Atlantic Avenue, Suite 412**<br>**Delray Beach, FL 33484**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,087.50** |
| 3.216 | **Nonpriority creditor's name and mailing address**<br>**MDAK Cleaning/ Chicago**<br>**295 Walnut Ave.**<br>**Wheeling, IL 60090**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$350.00** |
| 3.217 | **Nonpriority creditor's name and mailing address**<br>**Melissa Matthews**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$39.00** |
| 3.218 | **Nonpriority creditor's name and mailing address**<br>**Mercury Fuels**<br>**3808 World Houston Pkwy, Suite B**<br>**Houston, TX 77032**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **796B** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Litigation**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$160,758.29** |
| 3.219 | **Nonpriority creditor's name and mailing address**<br>**Meynardie & Nanney**<br>**2840 Plaza Pl. # 360**<br>**Raleigh, NC 27612**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

Debtor  **Dynamic International Airways, LLC**
_____  Case number *(if known)* _____
Name

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,043.20** |
|---|---|---|---|

**Miami-Dade Aviation Department**
**4200 NW 36th St**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michele Amoroso-Koetzner**
**c/o Barry Alan Salzman, Esq.**
**Barasch McGarry Salzman & Penson**
**11 Park Place, Suite 1801**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _0336_

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,111.84** |
|---|---|---|---|

**Micronesian Telecommunications IT&E**
**PO BOX 500437**
**Saipan, MP 96950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,580.00** |
|---|---|---|---|

**MIS Choice**
**1699 Wall St., Suite 602**
**Mount Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MNM Aircraft Component Holdings, Inc.**
**2301 NW 33rd Ct.**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moffett & Grigorian LLP**
**15910 Ventura Blvd. Ste. 1000**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,591.00** |
|---|---|---|---|

**Moonilall Singh**
**139-12 Linden Blvd.**
**Jamaica, NY 11436**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _4016_

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Dynamic International Airways, LLC**                           Case number (if known) _____
          Name

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nana Management Services, LLC**
**1001 E Benson Blvd**
**Anchorage, AK 99508**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** __77CI__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,000.44** |
|---|---|---|---|

**National Airlines**
**5955 T.G. Lee Blvd., Suite 500**
**Orlando, FL 32822**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68.70** |
|---|---|---|---|

**National Grid**
**300 Erie Boulevard West**
**Syracuse, NY 13202-4250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __1023__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56.86** |
|---|---|---|---|

**National Grid**
**300 Erie Boulevard West**
**Syracuse, NY 13202-4250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __1013__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,731.64** |
|---|---|---|---|

**Nav Canada**
**77 RUE METCALFE ST**
**OTTAWA, ON KLP 5LP**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,333.00** |
|---|---|---|---|

**Navblue**
**295 Hagey Blvd, Suite 200**
**Waterloo, Ontario  N2L 6R5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,650.00** |
|---|---|---|---|

**Neutron Media, Inc**
**5429 Dundas St. West, Ste 203**
**Toronto, Ontario**
**Canada M9B 1B5**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Dynamic International Airways, LLC**
_____    Case number (if known) _____

| | |
|---|---|
| 3.234 | **Nonpriority creditor's name and mailing address** |
| | **Nicholas Pohl** |

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.235 | **Nonpriority creditor's name and mailing address** |
| | **Nordair USA, Inc.** |
| | **1317 E Landstreet Rd.** |
| | **Orlando, FL 32824** |

**As of the petition filing date, the claim is:** Check all that apply.    **$5,512.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.236 | **Nonpriority creditor's name and mailing address** |
| | **NuWay Logistics Inc** |
| | **2 Access Way** |
| | **Bloomington, IL 61705** |

**As of the petition filing date, the claim is:** Check all that apply.    **$5,575.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.237 | **Nonpriority creditor's name and mailing address** |
| | **NYC Department of Finance** |
| | **PO BOX 3600** |
| | **New York, NY 10008** |

**As of the petition filing date, the claim is:** Check all that apply.    **$640.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.238 | **Nonpriority creditor's name and mailing address** |
| | **Ocean Air** |
| | **3123 Commerce Pkwy.** |
| | **Hollywood, FL 33025** |

**As of the petition filing date, the claim is:** Check all that apply.    **$8,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.239 | **Nonpriority creditor's name and mailing address** |
| | **OFNAC** |
| | **37 AVENUE DU PRESIDENT** |
| | **LAMINE  GUEYE, DAKAR** |
| | **SENEGAL** |

**As of the petition filing date, the claim is:** Check all that apply.    **$3,806.76**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.240 | **Nonpriority creditor's name and mailing address** |
| | **Oma Seeram** |

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Dynamic International Airways, LLC**                                    Case number (if known) _____
          _____
          Name

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Oscar Rodriguez Medina**
**RIBERA #10 AMPLIACION ALPES**
**MEXICO CITY 1710**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                     **Basis for the claim:** __

Last 4 digits of account number __               Is the claim subject to offset? ■ No ☐ Yes

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**OTG JFK T5 Venture, LLC**
**JFK Internantional Airport**
**Term 5 Gate SC**
**Jamaica, NY 11430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                     **Basis for the claim:** __

Last 4 digits of account number __               Is the claim subject to offset? ■ No ☐ Yes

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,046.41 |
|---|---|---|---|

**Pacific Logistics**
**7255 Rosemead Blvd.**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                     **Basis for the claim:** __

Last 4 digits of account number __               Is the claim subject to offset? ■ No ☐ Yes

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,555.00 |
|---|---|---|---|

**Pakparts Broker**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                     **Basis for the claim:** __

Last 4 digits of account number __               Is the claim subject to offset? ■ No ☐ Yes

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pan Am International Flight Academy**
**5000 NW 36th Street**
**Miami, FL 33166-2763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                     **Basis for the claim:** __

Last 4 digits of account number __               Is the claim subject to offset? ■ No ☐ Yes

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185,243.50 |
|---|---|---|---|

**Pas Consulting Group, LLC**
**16780 Cypress Road**
**Summerland Key, FL 33042**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __                     **Basis for the claim:** __Litigation__

Last 4 digits of account number  **1059**          Is the claim subject to offset? ■ No ☐ Yes

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,064.00 |
|---|---|---|---|

**Pax Assist**
**149 Beach 73rd**
**Arverne, NY 11692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                     **Basis for the claim:** __

Last 4 digits of account number __               Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Dynamic International Airways, LLC**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.248 | **Nonpriority creditor's name and mailing address**<br>**Paychex**<br>**4015 Meeting Way Suite 101**<br>**High Point, NC 27265**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.249 | **Nonpriority creditor's name and mailing address**<br>**Piedmont Natural Gas**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **5001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **GSO**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$500.00** |
| 3.250 | **Nonpriority creditor's name and mailing address**<br>**Piedmont Triad International Airport**<br>**1000 A Ted Johnson Pkwy.**<br>**Greensboro, NC 27409**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$150.00** |
| 3.251 | **Nonpriority creditor's name and mailing address**<br>**PLC**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$29,107.74** |
| 3.252 | **Nonpriority creditor's name and mailing address**<br>**PMC Aviation 2012-1 LLC**<br>**c/o Clint S. Morse**<br>**Brooks Pierce**<br>**2300 Renaissance Plaza**<br>**Greensboro, NC 27401**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **7154** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Litigation**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,190,807.24** |
| 3.253 | **Nonpriority creditor's name and mailing address**<br>**Port Authority of NY & NJ**<br>**4 World Trade Center, 150 Greenwich St.**<br>**19th Floor**<br>**New York, NY 10007**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,605,901.00** |
| 3.254 | **Nonpriority creditor's name and mailing address**<br>**Pratt & Whitney engine manuals**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,204.56** |

Debtor    **Dynamic International Airways, LLC**                     Case number *(if known)* _____
          _____
          Name

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176,582.27 |
|---|---|---|---|

**PRC333**
**1444 Biscayne BLvd STE 208-29**
**Miami, FL 33132**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Professional Technology Repairs Cor**
**12200 NW 25th Street, Suite 100**
**Miami, FL 33182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Purrington Moody Weil LLP**
**201 N Church St**
**Greensboro, NC 27401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number **9225**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,453.00 |
|---|---|---|---|

**Raddisson - NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Raveena Persaud**
**2792 Pitkin Ave**
**Brooklyn, NY 11208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,352.12 |
|---|---|---|---|

**Regus Management**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00 |
|---|---|---|---|

**Renbat Co., Inc.**
**1442 Ritchey St.**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Dynamic International Airways, LLC**                                Case number (if known) _____
           Name

| | | |
|---|---|---|
| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$1,040.00** |

**3.262**

**Nonpriority creditor's name and mailing address**

**Republica Dominica Instituto De Aviacio**
**8249 NW 36 Street, Ste 122**
**Miami, FL 33166**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,040.00**

---

**3.263**

**Nonpriority creditor's name and mailing address**

**Rigen Engineering**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$15,686.77**

---

**3.264**

**Nonpriority creditor's name and mailing address**

**RO & LA Private Security Services SA DE**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$11,796.11**

---

**3.265**

**Nonpriority creditor's name and mailing address**

**Robert Meynardie, Esq.**
**Meynardie & Nanney**
**2840 Plaza Place, Suite 360**
**Raleigh, NC 27612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,320.00**

---

**3.266**

**Nonpriority creditor's name and mailing address**

**Rolls Royce**
**PO Box 31**
**Derby Derbyshire DE248B5**
**UNITED KINGDOM**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$38,010.00**

---

**3.267**

**Nonpriority creditor's name and mailing address**

**Roraima Airways**
**8 Eping Avenue**
**Bel Air Park, Georgetown**
** Guyana**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.268**

**Nonpriority creditor's name and mailing address**

**Sabre Corporation**
**3150 Sabre Drive**
**Southlake, TX 76092**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$297,736.00**

Debtor  **Dynamic International Airways, LLC**                      Case number *(if known)* _____
          Name

| | | |
|---|---|---|

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Sandu & Anisora Ursache**
c/o William H. Haley, Esq.
36 Main Street, Suite 107
Chicago, IL 60668

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,314.00**

**SAS Service Group**
8939 S. Sepulveda Blvd.  # 500
Los Angeles, CA 90045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.271** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$153.84**

**Satellite Phone Store**
2830 Shelter Island Dr.
San Diego, CA 92106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.272** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,111.25**

**Scott Petrie**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,886.39**

**Sending Services**
4350 NW 79 AV #2A
Miami, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Shelby Financial Risk Mitigation Solutio**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,899.01**

**Sherwood Aviation**
4690 NW 128th Street
Opa Locka, FL 33091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Dynamic International Airways, LLC**        Case number *(if known)* _____
      Name

| | | |
|---|---|---|
| **3.276** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$26,021.00** |

**3.276**   **Nonpriority creditor's name and mailing address**
**Signature Flight Support**
**880 Mexico City Ave**
**Kansas City, MO 64153**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$26,021.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.277**   **Nonpriority creditor's name and mailing address**
**Silverwings Corp**
**1120 NW 111 AVE**
**Plantation, FL 33322**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$12,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.278**   **Nonpriority creditor's name and mailing address**
**SITA**
**Avenue des Olympiades 2**
**Brussels**
**Belgium**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$64,216.60**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  2016 balance

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.279**   **Nonpriority creditor's name and mailing address**
**Skybus LLC**
**6352 Airway Dr.**
**Indianapolis, IN 46241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.280**   **Nonpriority creditor's name and mailing address**
**Southern Pride Trucking, Inc.**
**9645 Scranton Rd Ste 120**
**San Diego, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$11,480.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.281**   **Nonpriority creditor's name and mailing address**
**Southwest Airframe and Tank Services**
**4214 Charles St.**
**Carrollton, TX 75010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$8,501.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.282**   **Nonpriority creditor's name and mailing address**
**Spectrum**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$2,305.53**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Dynamic International Airways, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.00** |

**Staff Masters**
**2401 Penny Rd. #105**
**High Point, NC 27265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,991.00** |

**State ATM Corporation**
**Leningradskiy prospect, 37, block 7**
**125993 Moscow**
**Russia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,289.16** |

**State of Alaska - DOT&PF AIAS/SWA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**StateFarm Mutual Automobile Insurance**
**PO BOX 588002**
**North Metro, GA 30029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,215.58** |

**Stealth Aerospace Inc**
**21520 Blythe St., Suite D**
**Canoga Park, CA 91304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,300.00** |

**Steven Clements**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,346.50** |

**Stinson Leonard Street**
**PO BOX 843052**
**Kansas City, MO 64184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Dynamic International Airways, LLC**                                    Case number (if known) _____
_____
Name

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Stock Keeper**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$197,880.28** |

**STS Holdings Inc.**
**c/o STS Aero Staff Services**
**2000 NE Jensen Beach Blvd.**
**Jensen Beach, FL 34957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Sun Life**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$877.00** |

**Sunshine Destination Transporte Turisti**
**CARRETERA BAVARO KM 1**
**AVENIDA BARCELO, HIGUEY 23000**
**DOMINICAN REPUBLIC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$833,680.21** |

**Swift Air (ACMI)**
**PO Box 20683**
**Phoenix, AZ 85036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,970.00** |

**Swift One Enterprises, Inc.**
**PO BOX 20683**
**Phoenix, AZ 85036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,085.06** |

**Swissport North America**
**PO BOX 8058**
**Zurich Airport**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Dynamic International Airways, LLC**         Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| 3.297 | **Nonpriority creditor's name and mailing address**<br>**Syed Saeed R. Zaidi**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$148.00** |
| 3.298 | **Nonpriority creditor's name and mailing address**<br>**SysAio**<br>**3510 Gordon Murdock Road**<br>**OTTAWA, ON K0A 2W0**<br>**CANADA**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,500.00** |
| 3.299 | **Nonpriority creditor's name and mailing address**<br>**T-Mobile**<br>**PO BOX 724596**<br>**Cincinnati, OH 45274**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,599.98** |
| 3.300 | **Nonpriority creditor's name and mailing address**<br>**Terminal Aeroportuaria de Guayaquil**<br>**Jose Joaquin de Olmedo International Air**<br>**Guayaquil**<br>**Ecuador**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,583.38** |
| 3.301 | **Nonpriority creditor's name and mailing address**<br>**Terminal Four JFK**<br>**JFK International Airport**<br>**TERMINAL FOUR**<br>**Jamaica, NY 11430**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$29,000.00** |
| 3.302 | **Nonpriority creditor's name and mailing address**<br>**Terminal One Group Association LP**<br>**9299 165th Street**<br>**Jamaica, NY 11433**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.303 | **Nonpriority creditor's name and mailing address**<br>**The Weather Company**<br>**400 Minuteman Road**<br>**Andover, MA 01810**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,197.00** |

Debtor  **Dynamic International Airways, LLC**                    Case number (if known) _____

| | | |
|---|---|---|
| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$825.00** |

**Tiger Enterprises and Trading**
**225 Aircraft Way**
**Fountain Inn, SC 29644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,156.00** |
|---|---|---|---|

**Time Warner Cable**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$676.00** |
|---|---|---|---|

**Touchdown Aviation**
**SLOTERWEG 327**
**VC BADHOEVEDORP**
**THE NETHERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,130.00** |
|---|---|---|---|

**TP Aerospace**
**4544 W Russell Rd Ste J**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,525.85** |
|---|---|---|---|

**Tracy Roberts**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,000.00** |
|---|---|---|---|

**Transportation Security Administration**
**TSA-14, 601 South 12th Street**
**West Tower, Floor 12**
**Arlington, VA 20598-6014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Transportation Security Administration**
**TSA Office of Revenue 601 S**
**DHS, VA 20598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **Dynamic International Airways, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,499.94** |
|---|---|---|---|

**Travelport**
**10 HURRICANE WAY**
**LANGLEY SL3 8AG**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,665.00** |
|---|---|---|---|

**TravelSky Technology USA Ltd.**
**201 South Lake Ave. Ste. 4**
**Pasadena, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,785.00** |
|---|---|---|---|

**Triumph Aviation Services - NAAS Div.**
**11502 Jones Maltsberger Rd.**
**San Antonio, TX 78216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$992.76** |
|---|---|---|---|

**Turbo Resources**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,444.33** |
|---|---|---|---|

**Twitter**
**1355 Market St. Ste. 900**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,109,188.27** |
|---|---|---|---|

**UA Customs User Fee (Agency Needed)**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _UA Customs User Fee_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,394.73** |
|---|---|---|---|

**Ultimate Aircraft INC NY**
**147-39 175th Street, Suite 102**
**Jamaica, NY 11434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **Dynamic International Airways, LLC**
         Name                                                    Case number (if known) _____

| | | |
|---|---|---|
| 3.318 | **Nonpriority creditor's name and mailing address** | **$200.52** |

**UNICAL**
**680 S Lemon Ave.**
**City of Industry, CA 91789**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.319 | **Nonpriority creditor's name and mailing address** | **$465.00** |

**Unique Office Solutions, Inc.**
**408 Gallimore Diary Rd. # B**
**Greensboro, NC 27409**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.320 | **Nonpriority creditor's name and mailing address** | **$4,686.15** |

**UPS Freight**
**28013 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred __
Last 4 digits of account number  **9456**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.321 | **Nonpriority creditor's name and mailing address** | **$39,000.00** |

**US Department of Agriculture (APHIS)**
**1400 Independence Ave. SW**
**Washington, DC 20250**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.322 | **Nonpriority creditor's name and mailing address** | **$867,550.59** |

**US Passenger Facility Charges (Agency)**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **US Passenger Facility Charges**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.323 | **Nonpriority creditor's name and mailing address** | **$1,045,885.05** |

**USA Civil Aviation**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Security Service Fee**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.324 | **Nonpriority creditor's name and mailing address** | **$251.25** |

**VAS Aero Services, LLC**
**645 Park Of Commerce Way**
**Boca Raton, FL 33487**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **Dynamic International Airways, LLC**                    Case number *(if known)* _____
_____
Name

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Verifi, Inc.**
**8391 Beverly Blvd #310**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Videcom**
**Videcom House Newton Rd.**
**Henley-on Thames, Oxfordshire RG9 1HG**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127.06** |
|---|---|---|---|

**Waste Industries**
**3301 Benson Drive, Suite 601**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4310**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**WBAT for Aviation Safety Inc.**
**950 Kings Hwy N, Suite 208**
**Cherry Hill, NJ 08034-1518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$483,947.00** |
|---|---|---|---|

**Wells Fargo Credit Card**
**PO BOX 63020**
**San Francisco, CA 94163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,140.64** |
|---|---|---|---|

**Western American Specialties, Inc.**
**4731 Jefferson Blvd.**
**Los Angeles, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144,530.85** |
|---|---|---|---|

**Woods Rogers PLC Attorneys at Law**
**P.O. Box 14125**
**Roanoke, VA 24038-4125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Dynamic International Airways, LLC**                          Case number (if known) _____
_____
Name

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**World Atlantic Airlines**
5600 NW 36th St
Miami, FL 33166

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __2278__

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$158,719.00** |

**World Fuel**
55 Inverness Dr E
Englewood, CO 80112

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$743,619.50** |

**World Wide Charter Group**
81 Welland Avenue
St Catharines, Ontario
CANADA

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __4/28/2017__

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$123,773.00** |

**Worldwide Flight Services, Inc.**
JFK BLDG 75 STE 201 N HANGER RD
Jamaica, NY 11430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,063.76** |

**Wuxi Airport**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,907.08** |

**Yankee Clipper Food Service Co.**
Marine Air Terminal BLDG #81
Flushing, NY 11371

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adam Michael Ludwin, Esq.**<br>**Ludwin Law Group, P.A.**<br>**1054 W Shore Dr.**<br>**West Palm Beach, FL 33406** | Line __3.246__<br><br>☐ Not listed. Explain _____ | __ |

| Debtor | **Dynamic International Airways, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 **Andrew S. Baugher, Esq.**<br>**Lenhart Pettit**<br>**90 N. Main Street, Suite 201**<br>**Harrisonburg, VA 22803** | Line __3.110__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 **Andrew S. Baugher, Esq.**<br>**Lenhart Pettit**<br>**90 N. Main Street, Suite 201**<br>**Harrisonburg, VA 22803** | Line __3.91__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 **Andrew Zaron, Esq.**<br>**Leon Cosgrove, LLC**<br>**255 Alhambra Cir., Suite 424**<br>**Miami, FL 33134** | Line __3.109__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **Barry Alan Salzman, Esq.**<br>**Barasch McGarry Salzman & Penson**<br>**11 Park Place, Suite 1801**<br>**New York, NY 10007** | Line __3.221__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 **Bruce David Green, Esq.**<br>**Bruce David Green, P.A.**<br>**1313 South Andrews Avenue**<br>**Fort Lauderdale, FL 33316** | Line __3.76__<br><br>☐ Not listed. Explain ____ | __CA01__ |
| 4.7 **Cassandra Alicia Castellano-Lombard, Esq**<br>**Gordon & Doner, P.A.**<br>**10650 W. State Road 84, Suite 210**<br>**Fort Lauderdale, FL 33324** | Line __3.211__<br><br>☐ Not listed. Explain ____ | __5977__ |
| 4.8 **Christine L. Myatt, Esq.**<br>**Nexsen Pruet, PLLC**<br>**701 Green Valley Road, Suite 100**<br>**Greensboro, NC 27402** | Line __3.54__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 **Christopher Claiborne Miles, Esq.**<br>**Husch Blackwell**<br>**4801 Main Street, Suite 1000**<br>**Kansas City, MO 64112** | Line __3.252__<br><br>☐ Not listed. Explain ____ | __7154__ |
| 4.10 **David M. McDonald, Esq.**<br>**McDonald & McDonald P.A.**<br>**P.O. Box 669122**<br>**Miami, FL 33166-9428** | Line __3.80__<br><br>☐ Not listed. Explain ____ | __6101__ |
| 4.11 **Debra Berley, Esq.**<br>**Berley & Berley**<br>**4050 Hempstead Turnpike, Suite 20**<br>**Bethpage, NY 11714** | Line __3.181__<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 **Guadalupe Fuentes, Esq.**<br>**835 W. Rosecrans Ave.#113**<br>**Gardena, CA 90247** | Line __3.95__<br><br>☐ Not listed. Explain ____ | __1729__ |
| 4.13 **Harvey K. Mattel, Esq.**<br>**633 S Federal Hwy 8**<br>**Fort Lauderdale, FL 33301** | Line __3.180__<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Dynamic International Airways, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **Jeanette Malaty, Esq.**<br>**6654 Myrtle Avenue**<br>**Ridgewood, NY 11385** | Line **3.132**<br><br>☐ Not listed. Explain ____ | **9317** |
| 4.15 | **Juan Ricardo Serrano, Esq.**<br>**Griffin & Serrano**<br>**707 SE 3rd Avenue, 6th Floor**<br>**Fort Lauderdale, FL 33316** | Line **3.332**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Keith Lewis, Esq.**<br>**Baker, Govern & Baker NC, LLC**<br>**7771 W. Oakland Park Blvd., Suite 150**<br>**Fort Lauderdale, FL 33351** | Line **3.320**<br><br>☐ Not listed. Explain ____ | **9456** |
| 4.17 | **L. Forrest Owens, Esq.**<br>**Luxury Law Group**<br>**909 E. Las Olas Blvd.**<br>**Fort Lauderdale, FL 33301** | Line **3.51**<br><br>☐ Not listed. Explain ____ | **8045** |
| 4.18 | **Mac S. Phillips, Esq.**<br>**Phillips Tadros, P.A.**<br>**212 Southeast 8th Street, Suite 103**<br>**Fort Lauderdale, FL 33316** | Line **3.70**<br><br>☐ Not listed. Explain ____ | **3324** |
| 4.19 | **Martha T. Tansik, Esq.**<br>**Burr Pease & Kurtz**<br>**810 N. Street, Ste. 300**<br>**Anchorage, AK 99501** | Line **3.227**<br><br>☐ Not listed. Explain ____ | **77CI** |
| 4.20 | **Murray A. Felder, Esq.**<br>**1455 Pennsylvania Ave., NW, Suite 400**<br>**Washington, DC 20004** | Line **3.203**<br><br>☐ Not listed. Explain ____ | **864B** |
| 4.21 | **Purrington Moody Weil LLP**<br>**201 N Church St**<br>**Greensboro, NC 27401** | Line **3.257**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Ramon Alvins, Esq.**<br>**Norton Rose Fulbright**<br>**Piso 8, Av. Blandin, La Castellana**<br>**Caracas 1060**<br>**Venezuela** | Line **3.255**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Reese R. Boyd, III, Esq.**<br>**Davis & Boyd LLC**<br>**P.O. Box 70517**<br>**Myrtle Beach, SC 29572** | Line **3.334**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Richard H. Silberberg, Esq.**<br>**Dorsey & Whitney LLP**<br>**51West 52nd Street**<br>**New York, NY 10019** | Line **3.172**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Robert J Kruckemeyer, Esq.**<br>**919 Milam, Suite 1700**<br>**Houston, TX 77002** | Line **3.218**<br><br>☐ Not listed. Explain ____ | **796B** |

| Debtor | **Dynamic International Airways, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.26 | **Robert J. Bernhardt, Esq.**<br>**Bernhardt & Strawser, P.A.**<br>**5821 Fairview Rd., Ste. 100**<br>**Charlotte, NC 28209** | Line **3.103**<br><br>☐ Not listed. Explain ____ | **6707** |
| 4.27 | **Robert M. Weinstein, Esq.**<br>**Weinstein Law Offices**<br>**437 W. Friendly Ave., Suite 11**<br>**Greensboro, NC 27404** | Line **3.168**<br><br>☐ Not listed. Explain ____ | **6041** |
| 4.28 | **Rohit Sabharwal, Esq.**<br>**Sabharwal & Finkel LLC**<br>**250 Park Avenue, 7th Floor**<br>**New York, NY 10177** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.29 | **Santo Barravecchio, Esq.**<br>**Feldman, Kramer & Monaco P.C.**<br>**330 Motor Pkwy. Suite 400**<br>**Hauppauge, NY 11788** | Line **3.61**<br><br>☐ Not listed. Explain ____ | **1151** |
| 4.30 | **Steven C. Marks, Esq.**<br>**Podhurst, Orseck, P.A.**<br>**One S.E. Third Ave., Suite 2700**<br>**Miami, FL 33131** | Line **3.69**<br><br>☐ Not listed. Explain ____ | **1538** |
| 4.31 | **William H. Haley, Esq.**<br>**36 Main Street, Suite 107**<br>**Chicago, IL 60668** | Line **3.269**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 18,777,386.63 |
| 5b. Total claims from Part 2 | 5b. + | $ | 60,191,635.70 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 78,969,022.33 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy