**Fill in this information to identify the case:**

Debtor name: **Dynamic International Airways, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **JFK Catering** | |
| | State the term remaining | | **121 Inflight LLC**<br>**45 Rason Rd**<br>**Inwood, NY 11096** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone in Commercial Dept** | |
| | State the term remaining | | **8 x 8 VCC**<br>**1350 Broadway**<br>**New York, NY 10018** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Ground, Ramp Handling and Catering in China** | |
| | State the term remaining | | **ACCA**<br>**Bldg 12 Xibahe Beili**<br>**Chaoyang District**<br>**Beijing**<br>**P. R. China** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Temp. Service - Accounting** | |
| | State the term remaining | | **Accounting Principal**<br>**4100 Mendenhall Oaks Pkwy, Suite 150**<br>**High Point, NC 27265** |
| | List the contract number of any government contract | | |

| Debtor 1 | Dynamic International Airways, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

AEG
P.O. Box 5606
Stateline, NV 89449

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Plane Software**

State the term remaining — **Perpetual**

List the contract number of any government contract

AeroData
14988 N 78th Way
Scottsdale, AZ 85260

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **LD Lease**

State the term remaining — **Expired**

List the contract number of any government contract

Airline Container Leasing
436 Saco Lowell Rd
Easley, SC 29640

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Ground Handling in Ontarion International Airport**

State the term remaining — **30 days**

List the contract number of any government contract

Airport Terminal Services Inc.
111 Westport Plaza Dr., Suite 400
Saint Louis, MO 63146

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Station Manager GYE,Ecuador**

State the term remaining — **60 days**

List the contract number of any government contract

Alyson Velazquez

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **GDS for Commercial Dept**

State the term remaining — **Expired**

List the contract number of any

Amadeus
Salvador de Madariaga 1
E-28027
Madrid,
Spain

| Debtor 1 | **Dynamic International Airways, LLC** | Case number *(if known)* |
|---|---|---|
| | First Name    Middle Name    Last Name | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| | government contract | | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Hotel in Saipan for Crew** | |
| | State the term remaining | | **Aquarius Beach Towel Hotel**<br>**P.O. Box 500110 CK**<br>**Saipan**<br>**Saipan, MP 96950** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Airport Network Support** | |
| | State the term remaining | | **ARINC**<br>**PO Box 951273**<br>**Dallas, TX 75395** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Fare Filing for Commercial Dept** | |
| | State the term remaining | **Perpetual** | **ATPCO**<br>**45005 Aviation Dr**<br>**Sterling, VA 20166** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Ontario Hotel for Crew** | |
| | State the term remaining | **2 months** | **Ayres Hotel**<br>**4395 Ontario Mill Prkwy**<br>**Ontario, CA 91764** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Beijing Apartment** | |
| | State the term remaining | **Expired** | **Beijing Oriental Place**<br>**Level 12 Tower C2, The Towers Oriental**<br>**No. 1 East Chang An Ave.**<br>**Dong Cheng District,Beijing**<br>**P.R. China 100738** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Travel Agency** | **Bobbie's Travel Agency Inc.**<br>**110-10 Liberty Ave**<br>**South Richmond Hill, NY 11419** |

| Debtor 1 | Dynamic International Airways, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   |   |   |   |
|---|---|---|---|
| | State the term remaining | **Expired** | |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **JFK Security** | |
| | State the term remaining | **Expired** | **Burbank Security**<br>**Cargo Building 86**<br>**JFK International Airport**<br>**Jamaica, NY 11430** |
| | List the contract number of any government contract | | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Pays Pax Tax and ATC Charges in China** | |
| | State the term remaining | | **CAAC Settlement Center**<br>**11th Flr, Bldg 2, Fortune Tower**<br>**No. 4 Huixin Dongjie**<br>**Beijing**<br>**P.R. China 100029** |
| | List the contract number of any government contract | | |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Support for Ontario Airport** | |
| | State the term remaining | **Perpetual** | **Certified Aviation Services LLC**<br>**1150 South Vineyard Ave**<br>**Ontario, CA 91761** |
| | List the contract number of any government contract | | |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **TPA Drug and Alcohol Program** | |
| | State the term remaining | **Perpetual** | **Chem Chek**<br>**1750 Alma Rd, Suite 108**<br>**Richardson, TX 75081** |
| | List the contract number of any government contract | | |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Passenger Tax in Saipan** | |
| | State the term remaining | | **Commonwealth Ports Authority**<br>**P.O. Box 501055**<br>**Saipan**<br>**Saipan, MP 96950** |
| | List the contract number of any government contract | | |

| Debtor 1 | Dynamic International Airways, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Tech Pubs** | |
|---|---|---|---|
| | State the term remaining | **Expired** | Comply 365<br>655 Third St<br>Beloit, WI 53511 |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Printers** | |
|---|---|---|---|
| | State the term remaining | **Expired** | Dean's Office<br>1035 Winston St<br>Greensboro, NC 27405 |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Service/Parts Loan** | |
|---|---|---|---|
| | State the term remaining | **Expired** | Delta<br>1775 M.H. Jackson Service Rd<br>Atlanta, GA 30354 |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **To operate and Terminal Space in ANC** | |
|---|---|---|---|
| | State the term remaining | **16 months** | Department of Transportation<br>Ted Stevens Anchorage International Airp<br>P.O. Box 196960<br>Anchorage, AK 99519 |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Benefits** | |
|---|---|---|---|
| | State the term remaining | | Dynamic AirwaysLLC 401(k) Profit Sharing<br>4310 Regency Drive, Suite 100<br>High Point, NC 27265 |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Plane Monitoring** | |
|---|---|---|---|
| | State the term remaining | **Perpetual** | EZ-ECM<br>7870 Creedmoor Dr<br>Rural Hall, NC 27045 |
| | List the contract number of any | | |

| Debtor 1 | Dynamic International Airways, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **JFK Maintenance** | |
|---|---|---|---|
| | State the term remaining | **Perpetual** | **F & E**<br>**PO Box 660707**<br>**Miami, FL 33266** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lawyers in GYE** | |
|---|---|---|---|
| | State the term remaining | | **Ferrere Group**<br>**Avenida 12 de Octubre No. 26-48 Lincoln**<br>**Edificio Mirage, Piso 16**<br>**Quito,**<br>**Ecuador** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Safety Dept** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **Fireside Partners Inc.**<br>**197 N DuPont Highway**<br>**New Castle, DE 19720** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **(CTC)Travel Provider** | |
|---|---|---|---|
| | State the term remaining | | **Global Crew Logistics**<br>**2699 Collins Ave**<br>**Miami Beach, FL 33140** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **UTC Aerospace Systems Tech Pubs** | |
|---|---|---|---|
| | State the term remaining | **19 months** | **Goodrich Corporation**<br>**3414 S Fifth St**<br>**Phoenix, AZ 85040** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Various Insurance Policies** | **Gulf Regents**<br>**5900 S Lake Forest Dr., Suite 300**<br>**McKinney, TX 75070** |
|---|---|---|---|

| Debtor 1 | Dynamic International Airways, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **UTC Aerospace Systems Tech Pubs** | |
| | State the term remaining | **15 months** | |
| | List the contract number of any government contract | | **Hamilton Sundstrand Corp**<br>**2730 W Tyvola Rd**<br>**Charlotte, NC 28217** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **GSO Hotel** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hawthorne**<br>**7623 Thorndike Rd**<br>**Greensboro, NC 27409** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Hotel in GYE for Crew and MTX** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hilton in GYE**<br>**Av. Francisco de Orellana Mz. 111**<br>**Guayaquil**<br>**Ecuador** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Hotel in ANC for Crew** | |
| | State the term remaining | **2 months** | |
| | List the contract number of any government contract | | **Hyatt ANC**<br>**5141 Business Park Blvd**<br>**Anchorage, AK 99503** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance System** | |
| | State the term remaining | **Perpetual** | |
| | List the contract number of any government contract | | **ILS**<br>**8001 Centerview Prkwy, Suite 400**<br>**Memphis, TN 38018** |

| Debtor 1 | Dynamic International Airways, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Fare Analysis for Commercial Dept** | |
| | State the term remaining | | **Infare**<br>**Borgergade 14, 2 Floor**<br>**DK-1300**<br>**Kobenhavn K,**<br>**Denmark** |
| | List the contract number of any government contract | | |
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **GDS for Commercial Dept** | |
| | State the term remaining | | **International Air Transport Association**<br>**Route de l'Aeroport 33 P.O. Box 416**<br>**1215 Geneva 15 Airport**<br>**Geneva,**<br>**Switzerland** |
| | List the contract number of any government contract | | |
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **IT** | |
| | State the term remaining | **Expired** | **J-Tech Enterprises**<br>**4471 NW 36 St, Suite 251**<br>**Miami, FL 33166** |
| | List the contract number of any government contract | | |
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **navigation information for Pilots OPS Department** | |
| | State the term remaining | **Perpetual** | **Jeppesen**<br>**55 Inverness Dr**<br>**Englewood, CO 80112** |
| | List the contract number of any government contract | | |
| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **MCI Lease Agreement** | |
| | State the term remaining | **8 months** | **JetMidwest**<br>**9200 NW 112th St**<br>**Kansas City, MO 64153** |
| | List the contract number of any government contract | | |
| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Website for posting vacant position** | |
| | State the term remaining | | **JS Firm**<br>**11350 Cleveland Gibbs Rd, Suite 104**<br>**Roanoke, TX 76262** |
| | List the contract number of any | | |

| Debtor 1 | Dynamic International Airways, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   |   | government contract |   |
|---|---|---|---|
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Aircraft Management Agreement** | |
|       | State the term remaining | **12-17-2018** | **JW Aviation LLC**<br>**14050 SW 84 Street**<br>**Miami, FL 33183** |
|       | List the contract number of any government contract | | |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **One (1) Boeing 767-200ER, Manufacturer's serial number 23280 with two fitted engines Pratt & Whitney JT9D-7R4E4, Serial Nos. 716806 and 716808** | |
|       | State the term remaining | | **KMW Leasing II, LLC**<br>**2795 E. Cottonwood Parkway, Suite 400**<br>**Salt Lake City, UT 84121** |
|       | List the contract number of any government contract | | |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Aircraft Lease Agreement of One (1) Boeing 767-23B Aircraft bearing Manufacturer's Serial Number 23974 & United States Registration Mark N253MY** | |
|       | State the term remaining | | **KMW Leasing IV, LLC**<br>**2795 E. Cottonwood Parkway, Suite 400**<br>**Salt Lake City, UT 84121** |
|       | List the contract number of any government contract | | |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **One (1) Boeing 767-246 Aircraft bearing Manufacturer's Serial Number 23213 and united States Registration Mark N767DA.** | |
|       | State the term remaining | | **KMW Leasing IX, LLC**<br>**2795 E. Cottonwood Parkway, Suite 400**<br>**Salt Lake City, UT 84121** |
|       | List the contract number of any government contract | | |

| Debtor 1 | Dynamic International Airways, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.49.  State what the contract or lease is for and the nature of the debtor's interest  **One (1) Boeing 767-336 Aircraft bearing Manufacturer's Serial Number 24339 and United States Registration Mark N796MY** | |
| State the term remaining | **KMW Leasing N796JM LLC** |
| List the contract number of any government contract | **2795 E. Cottonwood Parkway, Suite 400** **Salt Lake City, UT 84121** |
| 2.50.  State what the contract or lease is for and the nature of the debtor's interest  **One (1) Boeing 767-336 Aircraft bearing Manufacturer's Serial Number 25443 and United States Registration Mark N254MY** | |
| State the term remaining | **KMW Leasing VIII, LLC** |
| List the contract number of any government contract | **2795 E. Cottonwood Parkway, Suite 400** **Salt Lake City, UT 84121** |
| 2.51.  State what the contract or lease is for and the nature of the debtor's interest  **One (1) Boeing 767-300ER, Boeing aircraft bearing manufacturer's serial number 24342 with two fitted engines: Rolls Royce RB211-524H-36, Serial Nos. 13248 & 13089** | |
| State the term remaining  **6-21-2017** | **KMW Leasing X, LLC** |
| List the contract number of any government contract | **2795 E. Cottonwood Parkway, Suite 400** **Salt Lake City, UT 84121** |
| 2.52.  State what the contract or lease is for and the nature of the debtor's interest  **One (1) Boeing 767-336 Aircraft bearing Manufacturer's Serial Number 24343 and United Sattes Registration Mark N740JM** | |
| State the term remaining | **KMW Leasing X, LLC** |
| List the contract number of any government contract | **2795 E. Cottonwood Parkway, Suite 400** **Salt Lake City, UT 84121** |

Debtor 1  **Dynamic International Airways, LLC**               Case number (*if known*)
         First Name   Middle Name   Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Immigration Attorneys** | |
| | State the term remaining | **Perpetual** | **Lechtenberg & Associates**<br>**1235 N. Mulford Rd., Suite 208**<br>**Rockford, IL 61107** |
| | List the contract number of any government contract | | |
| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Purposes for Commercial Dept** | |
| | State the term remaining | **6 months** | **Lionfuse**<br>**1720 Harrison Sr., #5A,#5A**<br>**Hollywood, FL 33020** |
| | List the contract number of any government contract | | |
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Catering for Saipan** | |
| | State the term remaining | | **LSG Lufthansa Service Saipan Inc**<br>**P.O. Box 500270 CK**<br>**Saipan, MP 96950** |
| | List the contract number of any government contract | | |
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance in GYE** | |
| | State the term remaining | | **Mantomain in GYE** |
| | List the contract number of any government contract | | |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **GEO Hotel for crew and mtx** | |
| | State the term remaining | **4 months** | **Marriott/Atlantic Hotel**<br>**Block Alpha Road**<br>**Kingston**<br>**Georgetown,**<br>**Guyana** |
| | List the contract number of any government contract | | |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Brokers for our CIGNA/Guardian/Assurant Sunlife** | |
| | State the term remaining | | **McInnis Group**<br>**3500 W 75th St., Suite 200**<br>**Prairie Village, KS 66208** |
| | List the contract number of any | | |

| Debtor 1 | **Dynamic International Airways, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Mercury Fuels** |
| | List the contract number of any government contract | | **3808 World Houston Pkwy., Suite B** <br> **Houston, TX 77032** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Levolor Inc. GSO Office** | |
|---|---|---|---|
| | State the term remaining | **2 years** | **Meridian Realty Services Inc.** |
| | List the contract number of any government contract | | **P.O. Box 20429** <br> **Winston Salem, NC 27120** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Consultant** | |
|---|---|---|---|
| | State the term remaining | | **MJAC LLC** |
| | List the contract number of any government contract | | **2411 Deering Dr.** <br> **Charlotte, NC 28210** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Ground handling in JFK** | |
|---|---|---|---|
| | State the term remaining | | **MSN Air Service** <br> **Cargo Terminal 86** |
| | List the contract number of any government contract | | **JFK International Airport** <br> **Jamaica, NY 11430** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Flight Plan System** | |
|---|---|---|---|
| | State the term remaining | | **Navblue** <br> **295 Hagey Blvd.,Suite 200** <br> **Waterloo** <br> **Ontario,** |
| | List the contract number of any government contract | | **Canada N2L 6R5** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Ground and Ramp Handling in Saipan** | **Pacific Airport Services** <br> **P.O. Box 503220** <br> **Saipan, MP 96950** |
|---|---|---|---|

Official Form 206G   Schedule G: Executory Contracts and Unexpired Leases   Page 12 of 17

| Debtor 1 | Dynamic International Airways, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name  Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **2 months** | |
| --- | --- | --- | --- |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Training School for Pilot's and FA's** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Pan Am International Flight Academy**<br>**5000 NW 36th St**<br>**Miami, FL 33122** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Wheelchair assistant in JFK** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Pax Assist**<br>**149 Beach 73rd**<br>**Arverne, NY 11692** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll System** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Paychex**<br>**4015 Meeting Way #101**<br>**High Point, NC 27265** |
| | List the contract number of any government contract | | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **N770JM Aircraft Dry Lease for a Boeing 767 Manfacturer Serial Number 24145 Registration Mark N770JM and realted engines bearing serial numbers P709652 & P707532** | |
| --- | --- | --- | --- |
| | State the term remaining | | **PMC Aviation 2012-1 LLC**<br>**2711 Centerville Road, Suite 400**<br>**Wilmington, DE 19808** |
| | List the contract number of any government contract | | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **FA House - JFK** | |
| --- | --- | --- | --- |
| | State the term remaining | **5 months** | **Rajesh Doshi** |

| Debtor 1 | **Dynamic International Airways, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract  _____

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **JFK Hotel** | |
|---|---|---|---|
| | State the term remaining | | **Rockville Hotel in JFK** |
| | List the contract number of any government contract | | **415 Ocean Ave.** |
| | | | **Lynbrook, NY 11563** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **GEO Support Company** | |
|---|---|---|---|
| | State the term remaining | | **Roraima Airways** |
| | | | **R 8 Eping Ave** |
| | List the contract number of any government contract | | **Georgetown,** |
| | | | **Guyana** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **GDS for Commercial Dept** | |
|---|---|---|---|
| | State the term remaining | | **Sabre** |
| | | | **3150 Sabre Dr** |
| | List the contract number of any government contract | | **Southlake, TX 76092** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance and Records System** | |
|---|---|---|---|
| | State the term remaining | **4 months** | **Silver Wings Corp** |
| | | | **1120 NW 111 Ave** |
| | List the contract number of any government contract | | **Plantation, FL 33322** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Airport Network Support** | |
|---|---|---|---|
| | | | **SITA** |
| | State the term remaining | **Perpetual** | **Cooperative Society, Registered Head Off** |
| | | | **Avenue des Olympiades 2, B-1140** |
| | List the contract number of any government contract | | **Bruxelles,** |
| | | | **Belgium** |

| Debtor 1 | Dynamic International Airways, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

2.75.  State what the contract or lease is for and the nature of the debtor's interest

**Reservation and Refund for Commercial Dept**

State the term remaining

List the contract number of any government contract

**Sparrow One**
**16100 N 71St., Suite 170**
**Scottsdale, AZ 85254**

---

2.76.  State what the contract or lease is for and the nature of the debtor's interest

**GSO vehicle insurance**

State the term remaining

List the contract number of any government contract

**State Farm Insurance**
**PO Box 588002**
**North Metro, GA 30029**

---

2.77.  State what the contract or lease is for and the nature of the debtor's interest

**Manpower for Maintenance**

State the term remaining

**Perpetual**

List the contract number of any government contract

**STS Aviation Group**
**200 NE Jensen Beach Blvd.**
**Jensen Beach, FL 34957**

---

2.78.  State what the contract or lease is for and the nature of the debtor's interest

**Ground Handling for GYE**

State the term remaining

**4 months**

List the contract number of any government contract

**Swissport**
**45025 Aviation Dr., Suite 350**
**Dulles, VA 20166**

---

2.79.  State what the contract or lease is for and the nature of the debtor's interest

**Flight schedule planning for SOC Dept**

State the term remaining

**Perpetual**

List the contract number of any government contract

**Sysaio**
**3510 Gordon Murdock Rd.**
**Ottawa**
**Ontario,**
**Canada K0A 2W0**

---

2.80.  State what the contract or lease is for and the nature of the debtor's interest

**Company Cell Phones**

State the term remaining

List the contract number of any

**T-Mobile**
**P.O. Box 629025**
**El Dorado Hills, CA 95762**

---

| Debtor 1 | **Dynamic International Airways, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **JFK Flights** | |
| | State the term remaining | | **Terminal One**<br>**JFK International Airport**<br>**55 Terminal One**<br>**Jamaica, NY 11430** |
| | List the contract number of any government contract | | |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Provide weather for our planes** | |
| | State the term remaining | | **The Weather Company**<br>**400 Minuteman Rd**<br>**Andover, MA 01810** |
| | List the contract number of any government contract | | |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Tomasz Pal** | |
| | State the term remaining | **3 months** | **TP Associates**<br>**4544 West Russel Rd., Suite J**<br>**Las Vegas, NV 89118** |
| | List the contract number of any government contract | | |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **GDS for Commercial Dept** | |
| | State the term remaining | **Perpetual** | **Travelport**<br>**10 Hurricane Way**<br>**Langley**<br>**SL3 8AG,**<br>**United Kingdom** |
| | List the contract number of any government contract | | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **(Pratt & Whitney Group) Tech Pubs** | |
| | State the term remaining | **Perpetual** | **United Technologies Corp**<br>**400 Main St**<br>**East Hartford, CT 06118** |
| | List the contract number of any government contract | | |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Reservation and Communication for Commercial Dept** | **Videcom**<br>**Videcom House Newton Rd**<br>**Henley-on Thames,**<br>**OXFORDSHIRE RG9 1HG**<br>**United Kingdom** |

| Debtor 1 | **Dynamic International Airways, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Perpetual** | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Safety System for Safety Dept** | |
|---|---|---|---|
|  | State the term remaining | **4 months** | **WBAT**<br>**950 Kings Highway North, Suite 208**<br>**Cherry Hill, NJ 08034** |
|  | List the contract number of any government contract | | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Fuel broker** | |
|---|---|---|---|
|  | State the term remaining | | **World Fuel**<br>**55 Inverness Dr E**<br>**Englewood, CO 80112** |
|  | List the contract number of any government contract | | |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Passenger Services in JFK** | |
|---|---|---|---|
|  | State the term remaining | **Perpetual** | **Worldwide Flight Services**<br>**JFK Bldg 75 N Hanger Rd.**<br>**Suite 201**<br>**Jamaica, NY 11430** |
|  | List the contract number of any government contract | | |