**Fill in this information to identify the case:**

Debtor name: **Dynamic International Airways, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Kenneth M. Woolley | 2061 E. Murray-Holladay Road<br>Salt Lake City, UT 84117 | Wells Fargo Credit Card | ☐ D ____<br>■ E/F  **3.329**<br>☐ G ____ |
| 2.2 | Kenneth M. Woolley | 2061 E. Murray-Holladay Road<br>Salt Lake City, UT 84117 | Bank of America, N.A. | ☐ D ____<br>■ E/F  **3.56**<br>☐ G ____ |
| 2.3 | Jet MidWest | 9200 NW 112th Street<br>Kansas City, MO 64153 | World Fuel | ☐ D ____<br>☐ E/F ____<br>■ G  **2.88** |
| 2.4 | Jet Midwest | 9200 NW 112th Street<br>Kansas City, MO 64153 | AEG | ☐ D ____<br>☐ E/F ____<br>■ G  **2.5** |
| 2.5 | Jet Midwest | 9200 NW 112th Street<br>Kansas City, MO 64153 | Mercury Fuels | ☐ D ____<br>☐ E/F ____<br>■ G  **2.59** |