# United States Bankruptcy Court
## Middle District of North Carolina

In re: **Dynamic International Airways, LLC**, Debtor(s)

Case No.: **17-10814**
Chapter: **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Commercial Aircraft Services Holdings LLC<br>1105 N. Market Street, Suite 1300<br>Wilmington, DE 19801 | Full Rights | 50 - 37.5% | Voting Membership Interest |
| F. Paul Ohadi Trust dtd 12-15-99<br>8072 SE Paurotis Ln<br>Hobe Sound, FL 33455 | Full Rights | 16.5 - 12.5% | Voting membership interest |
| NVLV Management, LLC<br>6760 Via Austi Pkwy #250<br>Las Vegas, NV 89119 | Full Rights | 66.5 - 50% | Voting membership interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 8/9/2017

Signature: *Paul Kraus*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.