UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DYNAMIC INTERNATIONAL AIRWAYS, LLC | ) | Case No. 17-10814 Chapter 11 |
| | ) | |
| Debtor. | ) | |

# APPLICATION TO DEPOSIT UNCLAIMED FUNDS WITH THE U.S. BANKRUPTCY CLERK OF COURT

Now comes the Reorganized Debtor in the above-captioned bankruptcy case, through counsel, and moves the Court to permit deposit of unclaimed funds in this case to be paid over to the Clerk, U.S. Bankruptcy Court within ten (10) days from the date of an Order approving this Application, and in support thereof, shows the Court as follows:

1. The above-captioned Debtor filed for relief under Chapter 11 of the Bankruptcy Code on July 19, 2017.

2. The Debtor's Modified Third Amended Plan of Reorganization (the "Plan") was confirmed by Order of the Bankruptcy Court entered on February 21, 2018.

3. Pursuant to the terms of the Plan, the Reorganized Debtor was required to make payment on the Allowed Claims of holders of Class 4 Convenience Claims. Paragraph 12.8 of the Plan, provides that amounts in respect of any undeliverable distributions shall be paid to the Clerk of the Bankruptcy Court pursuant to Bankruptcy Rule 3011, as in the case of a Chapter 7 liquidation.

4. The Reorganized Debtor has a balance remaining of $7,419.53 with respect to Class 4 Convenience Claims. Such amount represents payments that were mailed to various holders of Allowed Claims in Class 4, but such mailings were returned as undeliverable to the Reorganized Debtor. The Reorganized Debtor has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice.

5. Attached hereto as **Exhibit A** and made a part of this Application is a list, pursuant to Bankruptcy Rule 3011, of the names and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the Reorganized Debtor requests that this Court enter an order authorizing the deposit of unclaimed funds in the amount of $7,419.53 with the Clerk of the Bankruptcy Court.

Dated this the 15th day of April, 2019.

BELL, DAVIS & PITT, PA

By: /s/ Daniel C. Bruton
Daniel C. Bruton
BELL, DAVIS & PITT, PA
WALTER PITT, ESQ.
NC Bar No. 3467
DANIEL C. BRUTON, ESQ.
NC Bar No. 22440
PO Box 21029
Winston-Salem, NC 27120-1029
Telephone 336-714-4110

*-and-*

GARMAN TURNER GORDON LLP
GERALD M. GORDON, ESQ.
NV Bar No. 229 (admitted *pro hac*)
TERESA M. PILATOWICZ, ESQ.
NV Bar No. 9605 (admitted *pro hac*)
ERICK T. GJERDINGEN, ESQ.
NV Bar No. 11972 (admitted *pro hac*)
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
Telephone 725-777-3000

*Attorneys for Reorganized Debtor*

**Eastern Airlines LLC**
**Voided Class 4 Checks-Summary**
**As of 12/31/2018**

| | Count of Payments | Total Amount | Address Line 1 | Address Line 2 | Notes |
|---|---|---|---|---|---|
| Amazon.com, Inc. | 1 | 0.00 | 1200 12th Avenue South, Suite 12 | Seattle, WA 98144-2734 | |
| Anderson Lock | 1 | (29.17) | 850 E Oakton Street | Des Plaines, IL 60018 | |
| APS Airparts Support Inc | 2 | (383.34) | 1556 NW 89th Court | Miami, FL 33172 | |
| Baldwin Aviation Inc. | 1 | (275.00) | PO Box 21312 | Hilton Head, SC 29925 | |
| Brooks & Maldini Corporation | 6 | (714.15) | 901 Progresso Dr., Suite 201 | Fort Lauderdale, FL 33304-1990 | |
| Com Ed | 6 | (9.58) | 10 S Dearborn Street | Chicago, IL 60603 | |
| Crew Outfitters | 4 | (262.57) | 3087 B Terminal Dr | Hebron, KY 41048 | |
| Delta Air Lines, Inc. | 6 | (363.77) | 4230 Cargo Rd. Unit C | Greensboro, NC 27409 | |
| DISH | 1 | (106.05) | 9601 S Meridian Blvd | Englewood, CO 80112 | |
| DSC Trading, LLC | 4 | (840.00) | 2113 Johnson St | Pembroke Pines, FL 33029 | |
| Duke Energy | 5 | (928.25) | 550 S. Tryon Street, DEC45A | Charlotte, NC 28202 | |
| Federal Aviation Administration | 1 | (132.58) | 800 Independence Ave. SW | Washington, DC 20591 | |
| Fernando Sanchez | 6 | (570.71) | 7243 Turfway Rd. Apt. 2 | Florence, KY 41042 | |
| Juan Bon | 1 | (261.72) | 10 SW South River Dr. #1412 | Miami, FL 33130 | |
| Kim Bower | 2 | (21.00) | 1020 N Gardenia St | Lompoc, CA 93436 | |
| M&R JFK1 JV LLC | 1 | (41.21) | co Michelle Pham, Pryor Cashman, 7 Times Square | New York, NY 10036 | |
| Mar Air Foods | 1 | (41.25) | 5B Hanger | Flushing, NY 11371 | |
| MDAK Cleaning | 1 | (58.33) | 295 Walnut Ave. | Wheeling, IL 60090 | |
| Melissa Matthews | 2 | (13.00) | 8014 Nardian Way | Los Angeles, CA 90045 | |
| National Grid PLC | 1 | (20.93) | 300 Erie Boulevard West | Syracuse, NY 13202 | |
| OTG JFK T5 Venture, LLC | 4 | (123.34) | JFK Intl Airport, Term 5 Gate SC | Jamaica, NY 11430 | |
| Piedmont Natural Gas | 1 | (83.35) | 2611 Greengate Dr. | Greensboro, NC 27406 | |
| Sherwood Aviation | 2 | (633.00) | 4690 NW 128th Street | Opa Locka, FL 33091 | |
| Tiger Enterprises & Trading, Inc. | 3 | (412.50) | 225 Aircraft Way | Fountain Inn, SC 29644 | |
| Tracy Roberts | 4 | (1,017.23) | 13694 S 14805 W | Riverton, UT 84096 | |
| Unique Office Solutions, Inc. | 1 | (77.50) | 408 Gallimore Diary Rd. # B | Greensboro, NC 27409 | |
| **Total** | **68** | **(7,419.53)** | | | |

tabbies
EXHIBIT
A

## CERTIFICATE OF SERVICE

I, Daniel C. Bruton of Bell, Davis, & Pitt, P.A., certify:

That I am, and at all times hereinafter mentioned, was, more than eighteen (18) years of age;

That the undersigned has this date served the foregoing **NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY CLERK OF COURT** upon the following parties or entities via this Court's ECF electronic filing system or by depositing a copy hereof in a first class postpaid wrapper in a post office or official depository under the exclusive care and custody of the United States Post Office Department, properly addressed to the parties and/or attorney(s) for said parties.

This the 15th day of April, 2019.

/s/ Daniel C. Bruton

**Via ECF**

William P. Miller
U.S. Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401